R. DUANE FRIZELL
Nevada Bar No. 9807
CALLISTER & FRIZELL
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com

-and-

JEFFREY S. NEEMAN, ESQ.
Nevada Bar No. 7461
NEEMAN & MILLS, LTD.
1201 S. Maryland Parkway
Las Vegas, Nevada 89104
Office (702) 822-4444
Fax (702) 822-4440

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARREL BENDER, an Individual; and MIDTOWN GROUP, INC., a Nevada Corporation,<br><br>        Plaintiffs,<br>vs.<br><br>ROBERT OLIVIERI, an Individual; FLORDELIZA OLIVIERI, an Individual; 3 IN 1 INC., a California Corporation; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10,<br><br>        Defendants. | CASE NO.: 2:11-cv-00172-GMN-RJJ |

**ORDER ON PLAINTIFFS' EMERGENCY MOTION FOR RECONSIDERATION, TO REINSTATE CASE, AND TO GRANT LEAVE TO CORRECT TYPOGRAPHICAL ERROR IN COMPLAINT**

On this date, the Court considered the Emergency Motion for Reconsideration, to Reinstate Case, and to Grant Leave to Correct Typographical Error in Complaint of Plaintiffs Darrel Bender ("Bender") and Midtown Group, Inc. ("Midtown") [Doc. 7]. Having reviewed the

1

Motion, and the other pleadings and papers on file in this cause, the Court finds just, good, and sufficient cause for granting it.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. Plaintiffs' Emergency Motion for Reconsideration, to Reinstate Case, and to Grant Leave to Correct Typographical Error in Complaint [Doc. 7] is hereby GRANTED;

2. The Court's Order (filed Feb. 1, 2011 [Doc. 5]) is hereby VACATED;

3. This case is hereby REINSTATED;

4. Plaintiffs are hereby granted leave to correct the typographical error identified in their Complaint, and in this connection, Plaintiffs have fourteen (14) days from the date of this Order to file the Amended Complaint attached to their Motion; and

5. Once Plaintiffs' Amended Complaint is filed, the Court will proceed—in a manner deemed appropriate by the Court—to consider Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction Against Defendants already on file in this case.

**IT IS SO ORDERED** this 11th day of February, 2011.

Gloria M. Navarro
United States District Judge

*Submitted by:*

**CALLISTER & FRIZELL**
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com

By: _____
**R. DUANE FRIZELL**
Nevada Bar No. 9807

-and-

**NEEMAN & MILLS, LTD.**
**JEFFREY S. NEEMAN, ESQ.**
Nevada Bar No. 7461
1201 S. Maryland Parkway
Las Vegas, Nevada 89104
Office (702) 822-4444
Fax (702) 822-4440

*Attorneys for Plaintiffs*