Lori N. Brown, Esq.
Nevada Bar No. 8858
HARMON & DAVIES, P.C.
1428 S. Jones Blvd.
Las Vegas, NV 89146
T (702) 733-0036; F: (702) 733-1774
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARREL BENDER, an individual, and MIDTOWN GROUP, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT OLIVIERI, an individual, FLORDELIZA OLIVIERI, an individual, 3 IN 1, INC., a California corporation, DOE Defendants 1 through 10, and ROE entities 1 through 10,<br><br>Defendants. | CASE NO. 2:11-cv-00172-GMN-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs DARREL BENDER and MIDTOWN GROUP, INC. and Defendants ROBERT OLIVIERI, FLORDELIZA OLIVIERI, and 3 IN 1, INC., by and through their respective counsel of record, as well as DARREL BENDER, in his individual capacity, and MIDTOWN GROUP, INC., by and through its authorized representative, hereby agree and stipulate as follows:

1. This action shall be dismissed with prejudice, each party to bear their own costs and fees;

2. The Emergency Motion to Withdraw as Counsel of Record (Expedited Ruling Requested) (filed March 29, 2011) [Doc. 20], filed by R. DUANE FRIZELL, of the law firm CALLISTER & FRIZELL, and JEFFREY S. NEEMAN, of the law firm NEEMAN & MILLS, LTD., shall be GRANTED;

1

3. R. DUANE FRIZELL, the law firm CALLISTER & FRIZELL, JEFFREY S. NEEMAN, and the law firm NEEMAN & MILLS, LTD. shall be allowed to withdraw as counsel of record for Plaintiffs DARREL BENDER and MIDTOWN GROUP, INC. in this action;

4. Any and all contempt or show cause proceedings in this action, including without limitation those referenced in the Court's Minutes of Proceedings (filed on April 21, 2011 and entered on April 22, 2011), shall be permanently abated, arrested, and vacated;

5. Any and all hearings, events, deadlines, and dates currently in effect in this action, including without limitation the hearing scheduled for May 9, 2011 at 9:30 a.m., shall be vacated; and

6. Any and all relief and sanctions not expressly granted in this Stipulation and Order, including without limitation any and all contempt and show cause sanctions, shall be DENIED.

IT IS SO STIPULATED.

Dated: April 27, 2011.

  /s/ R. Duane Frizell, Esq.
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
CALLISTER & FRIZELL
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Attorney for Plaintiffs

Dated: April 27, 2011.

  /s/ Lori N. Brown, Esq.
LORI N. BROWN, ESQ.
Nevada Bar No. 8858
HARMON & DAVIES, P.C.
1428 S. Jones Blvd.
Las Vegas, NV 89146
Attorneys for Defendants

**VERIFICATION OF DARREL BENDER AND MIDTOWN GROUP, INC.**

STATE OF __MI__      )
                     ) ss.
COUNTY OF __Wayne__  )

    I, DARREL BENDER, in my individual capacity and on the behalf of MIDTOWN GROUP, INC., a Nevada corporation, do hereby swear and affirm under penalty of perjury that the assertions in the above Stipulation and Order for Dismissal with Prejudice are true and correct; that I have read this entire Stipulation and Order for Dismissal with Prejudice and know the contents thereof; that I have been advised to obtain new and independent attorney(s) for myself and for MIDTOWN GROUP, INC. to review and provide legal advice with respect to the contents and consequences of this Stipulation and Order for Dismissal with Prejudice; that I have declined to obtain new and independent attorney(s) for myself or for MIDTOWN GROUP, INC. for such purpose; that MIDTOWN GROUP, INC. and I are voluntarily entering into this Stipulation and Order for Dismissal with Prejudice of our own free will and choice; and that I have authority to bind MIDTOWN GROUP, INC. in and to this Stipulation and Order for Dismissal with Prejudice.

_____
DARREL BENDER, Individually and on the behalf of
MIDTOWN GROUP, INC., a Nevada corporation

Subscribed and sworn to before me
in person this __29th__ day of __APRIL__ 2011.

_____
NOTARY PUBLIC in and for
Said State and County

**MARY REISING**
Notary Public, State of Michigan
County of Macomb
My Commission Expires 7/9/2014
Acting in the County of __Wayne__

3

## ORDER

Having reviewed the foregoing Stipulation of the Parties, Verification of Darrel Bender and Midtown Group, Inc., as well as the pleadings and papers on file with the Court Clerk, the Court finds just, good, and sufficient cause for granting the Stipulation.

IT IS THEREFORE ORDERED as follows:

1. This action is hereby dismissed with prejudice, each party to bear their own costs and fees;

2. The Emergency Motion to Withdraw as Counsel of Record (Expedited Ruling Requested) (filed March 29, 2011) [Doc. 20], filed by R. DUANE FRIZELL, of the law firm CALLISTER & FRIZELL, and JEFFREY S. NEEMAN, of the law firm NEEMAN & MILLS, LTD., is hereby GRANTED;

3. R. DUANE FRIZELL, the law firm CALLISTER & FRIZELL, JEFFREY S. NEEMAN, and the law firm NEEMAN & MILLS, LTD. are hereby withdrawn as counsel of record for Plaintiffs DARREL BENDER and MIDTOWN GROUP, INC. in this action;

4. Any and all contempt or show cause proceedings in this action, including without limitation those referenced in the Court's Minutes of Proceedings (filed on April 21, 2011 and entered on April 22, 2011), are hereby permanently abated, arrested, and vacated;

5. Any and all hearings, events, deadlines, and dates currently in effect in this action, including without limitation the hearing scheduled for May 9, 2011 at 9:30 a.m., are hereby vacated; and

6. Any and all relief and sanctions not expressly granted in this Order, including

without limitation any and all contempt and show cause sanctions, are hereby DENIED.

**IT IS FURTHER ORDERED that ALL pending Motions are DISMISSED as moot.**

**IT IS SO ORDERED** this 3rd day of May, 2011.

_____
Gloria M. Navarro
United States District Judge